# Exhibit 3

# COVINGTON

BEIJING   BRUSSELS   DUBAI   JOHANNESBURG   LONDON
LOS ANGELES   NEW YORK   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

Rebecca Dalton

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T  +1 202 662 5189
rdalton@cov.com

June 27, 2017

**BY E-MAIL AND CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

AAA Logistics, Inc.
40 Edwards Deming Drive, Ste 1
Rochester, New York 14606

Re:    **Unauthorized Use of AAA's Marks**

Dear Sir or Madam:

We represent The American Automobile Association, Inc. ("AAA") in intellectual property litigation matters.

As you undoubtedly know, AAA offers under its famous AAA trademarks ("AAA Marks") a wide range of products and services, including automobile and travel-related services, to its more than 50 million members in the United States and Canada.  AAA has been providing its members with these benefits for more than 100 years, and in that time its AAA Marks have become famous both in the United States and around the world.  AAA has invested enormous resources to develop and foster the reputation, recognition, and goodwill of its and its member clubs' products and services.

AAA owns United States trademark registrations for its AAA Marks in connection with its products and services, including for use in connection with automobile and travel-related services.  *See, e.g.*, U.S. Trademark Reg. Nos. 829,265, 2,158,654, and 5,036,379.  AAA has registered its AAA Marks with the United States Patent and Trademark Office for the exclusive use of itself and its member clubs.

AAA has recently learned that you are using the AAA Marks in connection with your trucking company AAA Logistics, Inc.  In particular, your trucks display a mirror image of the AAA logo, as seen in the photo below:

**COVINGTON**

June 27, 2017
Page 2



It is our understanding that AAA Logistics is not approved by or otherwise affiliated with AAA and that you are not authorized to use the AAA Marks in any way in connection with your business, including, but not limited to, on your business's trucks. Your unauthorized use of the AAA Marks is bound to cause consumers to become confused and to believe, erroneously, that your business is somehow approved by, or associated or affiliated with, AAA.

Accordingly, AAA hereby provides notice that your use of the AAA Marks constitutes willful infringement of AAA's valuable AAA Marks as well as false designation of origin and unfair competition and dilution in violation of Sections 32, 43(a) and 43(c) of the Lanham Act, 15 U.S.C. §§ 1114, 1125(a), and 1125(c), and of state statutes and common law.

Based on the foregoing, AAA requests that you immediately discontinue use of the AAA Marks, and any other name, mark, or logo confusingly similar to them, in connection with your services, including on your trucks.

We hope that this matter can be resolved expeditiously and amicably, and we urge you to contact us to discuss any questions or concerns that you may have. If we do not hear from you or receive written confirmation of your compliance by **July 11, 2017**, AAA will take all steps necessary to protect its rights.

Sincerely,

Rebecca Dalton

cc:     James G. Brehm, Esq.

# COVINGTON

BEIJING   BRUSSELS   LONDON   LOS ANGELES
NEW YORK   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

Rebecca Dalton

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T  +1 202 662 5189
rdalton@cov.com

July 24, 2017

**BY E-MAIL AND CERTIFIED MAIL
RETURN RECEIPT REQUESTED**

AAA Logistics, Inc.
40 Edwards Deming Drive, Ste 1
Rochester, New York 14606

> Re:   **Unauthorized Use of AAA's Marks**

Dear Sir or Madam:

We write regarding our June 27 letter concerning your unauthorized use of the AAA Marks, to which you have failed to respond.  A copy of that letter is enclosed for your convenience.

In our previous letter we informed you that The American Automobile Association, Inc. ("AAA") owns trademarks ("AAA Marks"), including United States trademark registrations in connection with automobile repair and other emergency roadside services.  Our letter further explained that your use of the AAA Marks is bound to harm AAA by causing consumers to become confused and to believe, erroneously, that you are somehow associated or affiliated with AAA.  Such use infringes AAA's valuable AAA Marks in violation of numerous provisions of the Lanham Act, state statutes, and common law.

Accordingly, we hereby reiterate our request that you immediately discontinue use of the AAA Marks, and any other name, mark, or logo confusingly similar to them, in connection with your services, including on your trucks.

Although we continue to prefer to resolve this matter amicably, if we do not hear from you or receive written confirmation of your compliance by **July 31**, AAA will take all steps necessary to protect its rights.

Sincerely,

Rebecca Dalton

**COVINGTON**

July 24, 2017
Page 2

Enclosure

cc:    James G. Brehm, Esq.

| | |
|---|---|
| **From:** | Dalton, Rebecca |
| **To:** | aaalogistics.ny@gmail.com |
| **Subject:** | Unauthorized Use of AAA"s Marks - AAA Logistics |
| **Date:** | Wednesday, August 09, 2017 10:54:00 AM |
| **Attachments:** | 2017.06.27 AAA Logistics - Notice Letter.pdf |
| | 2017.07.24 AAA Logistics - Second Notice Letter.pdf |

Dear Sir or Madam,

Please see the attached letters, which we attempted to send to you on June 27 and July 24, respectively, but which were returned to use as undeliverable.  Please confirm your compliance with our requests in these letters by **August 23**; otherwise, AAA will take all steps necessary to protect its rights.

Sincerely,


**Rebecca Dalton**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5189 | rdalton@cov.com
www.cov.com

# COVINGTON

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | aaalogistics.ny@gmail.com |
| **Subject:** | Relayed: Unauthorized Use of AAA"s Marks - AAA Logistics |
| **Date:** | Wednesday, August 09, 2017 10:54:38 AM |
| **Attachments:** | Unauthorized Use of AAA"s Marks - AAA Logistics.msg |

Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

aaalogistics.ny@gmail.com (aaalogistics.ny@gmail.com) <mailto:aaalogistics.ny@gmail.com>
Subject: Unauthorized Use of AAA's Marks - AAA Logistics

| | |
|---|---|
| **From:** | AAA Logistics |
| **To:** | Dalton, Rebecca |
| **Subject:** | Re: Unauthorized Use of AAA"s Marks - AAA Logistics |
| **Date:** | Wednesday, August 09, 2017 11:08:10 AM |

We are will be in compliance and are in the process from removing them from our trucks at the moment

On Wed, Aug 9, 2017 at 10:54 AM, Dalton, Rebecca <RDalton@cov.com> wrote:

> Dear Sir or Madam,
>
>
> Please see the attached letters, which we attempted to send to you on June 27 and July 24, respectively, but which were returned to use as undeliverable.  Please confirm your compliance with our requests in these letters by **August 23**; otherwise, AAA will take all steps necessary to protect its rights.
>
> Sincerely,
>
>
>
> **Rebecca Dalton**
>
> Covington & Burling LLP
> One CityCenter, 850 Tenth Street, NW
> Washington, DC 20001-4956
> T +1 202 662 5189 | rdalton@cov.com
> www.cov.com
>
> **COVINGTON**
>
> This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

--
AAA Logistics Inc.
40 Edwards Deming Dr, Ste 1
Rochester, NY 14606

(585)729-4578 Phone
(585)303-3378 Cell
(585)625-0314 Fax

MC 865908

| | |
|---|---|
| **From:** | Dalton, Rebecca |
| **To:** | AAA Logistics |
| **Subject:** | RE: Unauthorized Use of AAA"s Marks - AAA Logistics |
| **Date:** | Wednesday, August 09, 2017 11:18:00 AM |

Dear Sir or Madam,

Thank you for your response. Please provide an estimated timeframe for when you expect to be in full compliance and please provide photos of your trucks once the marks have been removed as confirmation of your compliance.

Sincerely,

Rebecca

**Rebecca Dalton**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5189 | rdalton@cov.com
www.cov.com

# COVINGTON

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

**From:** AAA Logistics [mailto:aaalogistics.ny@gmail.com]
**Sent:** Wednesday, August 09, 2017 11:08 AM
**To:** Dalton, Rebecca
**Subject:** Re: Unauthorized Use of AAA's Marks - AAA Logistics

We are will be in compliance and are in the process from removing them from our trucks at the moment

On Wed, Aug 9, 2017 at 10:54 AM, Dalton, Rebecca <RDalton@cov.com> wrote:

> Dear Sir or Madam,
> Please see the attached letters, which we attempted to send to you on June 27 and July 24, respectively, but which were returned to use as undeliverable. Please confirm your compliance with our requests in these letters by **August 23**; otherwise, AAA will take all steps necessary to protect its rights.
>
> Sincerely,
>
> **Rebecca Dalton**
>
> Covington & Burling LLP
> One CityCenter, 850 Tenth Street, NW
> Washington, DC 20001-4956
> T +1 202 662 5189 | rdalton@cov.com
> www.cov.com

# COVINGTON

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently

transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

--
AAA Logistics Inc.
40 Edwards Deming Dr, Ste 1
Rochester, NY 14606
(585)729-4578 Phone
(585)303-3378 Cell
(585)625-0314 Fax
MC 865908

| | |
|---|---|
| **From:** | Dalton, Rebecca |
| **To:** | AAA Logistics |
| **Subject:** | RE: Unauthorized Use of AAA"s Marks - AAA Logistics |
| **Date:** | Friday, August 25, 2017 12:28:00 PM |

Dear Sir or Madam,

Following up on the below, please confirm whether you are now in full compliance and, if so, please provide photos of your trucks as evidence of this compliance. If not, please provide an estimated timeframe for when you expect to be in full compliance.

Sincerely,

Rebecca

**Rebecca Dalton**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5189 | rdalton@cov.com
www.cov.com

**COVINGTON**

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

**From:** Dalton, Rebecca
**Sent:** Wednesday, August 09, 2017 11:18 AM
**To:** 'AAA Logistics'
**Subject:** RE: Unauthorized Use of AAA's Marks - AAA Logistics

Dear Sir or Madam,

Thank you for your response. Please provide an estimated timeframe for when you expect to be in full compliance and please provide photos of your trucks once the marks have been removed as confirmation of your compliance.

Sincerely,

Rebecca

**Rebecca Dalton**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5189 | rdalton@cov.com
www.cov.com

**COVINGTON**

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

**From:** AAA Logistics [mailto:aaalogistics.ny@gmail.com]
**Sent:** Wednesday, August 09, 2017 11:08 AM

**To:** Dalton, Rebecca <RDalton@cov.com>
**Subject:** Re: Unauthorized Use of AAA's Marks - AAA Logistics
We are will be in compliance and are in the process from removing them from our trucks at the moment
On Wed, Aug 9, 2017 at 10:54 AM, Dalton, Rebecca <RDalton@cov.com> wrote:

> Dear Sir or Madam,
> Please see the attached letters, which we attempted to send to you on June 27 and July 24, respectively, but which were returned to use as undeliverable. Please confirm your compliance with our requests in these letters by **August 23**; otherwise, AAA will take all steps necessary to protect its rights.
>
> Sincerely,
>
> **Rebecca Dalton**
>
> Covington & Burling LLP
> One CityCenter, 850 Tenth Street, NW
> Washington, DC 20001-4956
> T +1 202 662 5189 | rdalton@cov.com
> www.cov.com
>
> **COVINGTON**
>
> This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

--
AAA Logistics Inc.
40 Edwards Deming Dr, Ste 1
Rochester, NY 14606
(585)729-4578 Phone
(585)303-3378 Cell
(585)625-0314 Fax
MC 865908

| | |
|---|---|
| **From:** | Dalton, Rebecca |
| **To:** | AAA Logistics |
| **Subject:** | RE: Unauthorized Use of AAA"s Marks - AAA Logistics |
| **Date:** | Thursday, September 14, 2017 11:06:00 AM |

Dear Sir,

Per our discussion on the phone just now, this email serves to confirm that you are no longer using the AAA logo anywhere in connection with your business. During our conversation, you also agreed to send me a photo of your truck as proof of this fact. Please send this photo as soon as possible.

Thank you,

Rebecca

**Rebecca Dalton**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5189 | rdalton@cov.com
www.cov.com

**COVINGTON**

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

**From:** Dalton, Rebecca
**Sent:** Friday, August 25, 2017 12:29 PM
**To:** 'AAA Logistics'
**Subject:** RE: Unauthorized Use of AAA's Marks - AAA Logistics

Dear Sir or Madam,

Following up on the below, please confirm whether you are now in full compliance and, if so, please provide photos of your trucks as evidence of this compliance. If not, please provide an estimated timeframe for when you expect to be in full compliance.

Sincerely,

Rebecca

**Rebecca Dalton**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5189 | rdalton@cov.com
www.cov.com

**COVINGTON**

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

**From:** Dalton, Rebecca
**Sent:** Wednesday, August 09, 2017 11:18 AM

**To:** 'AAA Logistics' <aaalogistics.ny@gmail.com>
**Subject:** RE: Unauthorized Use of AAA's Marks - AAA Logistics
Dear Sir or Madam,
Thank you for your response. Please provide an estimated timeframe for when you expect to be in full compliance and please provide photos of your trucks once the marks have been removed as confirmation of your compliance.
Sincerely,
Rebecca

**Rebecca Dalton**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5189 | rdalton@cov.com
www.cov.com

# COVINGTON

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

**From:** AAA Logistics [mailto:aaalogistics.ny@gmail.com]
**Sent:** Wednesday, August 09, 2017 11:08 AM
**To:** Dalton, Rebecca <RDalton@cov.com>
**Subject:** Re: Unauthorized Use of AAA's Marks - AAA Logistics
We are will be in compliance and are in the process from removing them from our trucks at the moment
On Wed, Aug 9, 2017 at 10:54 AM, Dalton, Rebecca <RDalton@cov.com> wrote:

> Dear Sir or Madam,
> Please see the attached letters, which we attempted to send to you on June 27 and July 24, respectively, but which were returned to use as undeliverable. Please confirm your compliance with our requests in these letters by **August 23**; otherwise, AAA will take all steps necessary to protect its rights.
>
> Sincerely,
>
> **Rebecca Dalton**
>
> Covington & Burling LLP
> One CityCenter, 850 Tenth Street, NW
> Washington, DC 20001-4956
> T +1 202 662 5189 | rdalton@cov.com
> www.cov.com
>
> # COVINGTON
>
> This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

--
AAA Logistics Inc.
40 Edwards Deming Dr, Ste 1
Rochester, NY 14606
(585)729-4578 Phone
(585)303-3378 Cell
(585)625-0314 Fax
MC 865908

| | |
|---|---|
| **From:** | Dalton, Rebecca |
| **To:** | AAA Logistics |
| **Subject:** | RE: Unauthorized Use of AAA"s Marks - AAA Logistics |
| **Date:** | Thursday, September 21, 2017 1:03:00 PM |

Dear Sir,

Following up on the below, please send the promised photo of your new trucks as soon as possible.

Thank you,

Rebecca

**Rebecca Dalton**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5189 | rdalton@cov.com
www.cov.com

# COVINGTON

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

**From:** Dalton, Rebecca
**Sent:** Thursday, September 14, 2017 11:07 AM
**To:** 'AAA Logistics'
**Subject:** RE: Unauthorized Use of AAA's Marks - AAA Logistics

Dear Sir,

Per our discussion on the phone just now, this email serves to confirm that you are no longer using the AAA logo anywhere in connection with your business. During our conversation, you also agreed to send me a photo of your truck as proof of this fact. Please send this photo as soon as possible.

Thank you,

Rebecca

**Rebecca Dalton**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5189 | rdalton@cov.com
www.cov.com

# COVINGTON

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

**From:** Dalton, Rebecca
**Sent:** Friday, August 25, 2017 12:29 PM
**To:** 'AAA Logistics' <aaalogistics.ny@gmail.com>
**Subject:** RE: Unauthorized Use of AAA's Marks - AAA Logistics

Dear Sir or Madam,

Following up on the below, please confirm whether you are now in full compliance and, if so, please provide photos of your trucks as evidence of this compliance. If not, please provide an estimated timeframe for when you expect to be in full compliance.

Sincerely,

Rebecca

**Rebecca Dalton**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5189 | rdalton@cov.com
www.cov.com

**COVINGTON**

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

**From:** Dalton, Rebecca
**Sent:** Wednesday, August 09, 2017 11:18 AM
**To:** 'AAA Logistics' <aaalogistics.ny@gmail.com>
**Subject:** RE: Unauthorized Use of AAA's Marks - AAA Logistics

Dear Sir or Madam,

Thank you for your response. Please provide an estimated timeframe for when you expect to be in full compliance and please provide photos of your trucks once the marks have been removed as confirmation of your compliance.

Sincerely,

Rebecca

**Rebecca Dalton**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5189 | rdalton@cov.com
www.cov.com

**COVINGTON**

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

**From:** AAA Logistics [mailto:aaalogistics.ny@gmail.com]
**Sent:** Wednesday, August 09, 2017 11:08 AM
**To:** Dalton, Rebecca <RDalton@cov.com>
**Subject:** Re: Unauthorized Use of AAA's Marks - AAA Logistics

We are will be in compliance and are in the process from removing them from our trucks at the moment

On Wed, Aug 9, 2017 at 10:54 AM, Dalton, Rebecca <RDalton@cov.com> wrote:

Dear Sir or Madam,

Please see the attached letters, which we attempted to send to you on June 27 and July 24, respectively, but which were returned to use as undeliverable. Please confirm your compliance with our requests in these letters by **August 23**; otherwise, AAA will take all steps necessary to protect its rights.

Sincerely,

**Rebecca Dalton**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5189 | rdalton@cov.com
www.cov.com

**COVINGTON**

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

--
AAA Logistics Inc.
40 Edwards Deming Dr, Ste 1
Rochester, NY 14606
(585)729-4578 Phone
(585)303-3378 Cell
(585)625-0314 Fax
MC 865908

| | |
|---|---|
| **From:** | Dalton, Rebecca |
| **To:** | "AAA Logistics"; "sbabchuk@att.net" |
| **Subject:** | RE: Unauthorized Use of AAA"s Marks - AAA Logistics |
| **Date:** | Thursday, December 21, 2017 2:00:00 PM |
| **Attachments:** | 2017.12.21 AAA Logistics - Third Notice Letter.pdf |

Dear Mr. Babchuk,

Please see the attached letter, which was sent to you today.

Sincerely,
Rebecca


**Rebecca Dalton**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5189 | rdalton@cov.com
www.cov.com

# COVINGTON

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

**From:** Dalton, Rebecca
**Sent:** Thursday, September 21, 2017 1:03 PM
**To:** 'AAA Logistics' <aaalogistics.ny@gmail.com>
**Subject:** RE: Unauthorized Use of AAA's Marks - AAA Logistics

Dear Sir,

Following up on the below, please send the promised photo of your new trucks as soon as possible.

Thank you,
Rebecca


**Rebecca Dalton**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5189 | rdalton@cov.com
www.cov.com

# COVINGTON

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the

intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

**From:** Dalton, Rebecca
**Sent:** Thursday, September 14, 2017 11:07 AM
**To:** 'AAA Logistics' <aaalogistics.ny@gmail.com>
**Subject:** RE: Unauthorized Use of AAA's Marks - AAA Logistics

Dear Sir,

Per our discussion on the phone just now, this email serves to confirm that you are no longer using the AAA logo anywhere in connection with your business.  During our conversation, you also agreed to send me a photo of your truck as proof of this fact.  Please send this photo as soon as possible.

Thank you,
Rebecca

**Rebecca Dalton**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5189 | rdalton@cov.com
www.cov.com

**COVINGTON**

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

**From:** Dalton, Rebecca
**Sent:** Friday, August 25, 2017 12:29 PM
**To:** 'AAA Logistics' <aaalogistics.ny@gmail.com>
**Subject:** RE: Unauthorized Use of AAA's Marks - AAA Logistics

Dear Sir or Madam,

Following up on the below, please confirm whether you are now in full compliance and, if so, please provide photos of your trucks as evidence of this compliance.  If not, please provide an estimated timeframe for when you expect to be in full compliance.

Sincerely,
Rebecca

**Rebecca Dalton**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5189 | rdalton@cov.com
www.cov.com

# COVINGTON

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

**From:** Dalton, Rebecca
**Sent:** Wednesday, August 09, 2017 11:18 AM
**To:** 'AAA Logistics' <aaalogistics.ny@gmail.com>
**Subject:** RE: Unauthorized Use of AAA's Marks - AAA Logistics

Dear Sir or Madam,

Thank you for your response.  Please provide an estimated timeframe for when you expect to be in full compliance and please provide photos of your trucks once the marks have been removed as confirmation of your compliance.

Sincerely,
Rebecca

**Rebecca Dalton**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5189 | rdalton@cov.com
www.cov.com

# COVINGTON

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

**From:** AAA Logistics [mailto:aaalogistics.ny@gmail.com]
**Sent:** Wednesday, August 09, 2017 11:08 AM
**To:** Dalton, Rebecca <RDalton@cov.com>
**Subject:** Re: Unauthorized Use of AAA's Marks - AAA Logistics

We are will be in compliance and are in the process from removing them from our trucks at the moment

On Wed, Aug 9, 2017 at 10:54 AM, Dalton, Rebecca <RDalton@cov.com> wrote:

> Dear Sir or Madam,

Please see the attached letters, which we attempted to send to you on June 27 and July 24, respectively, but which were returned to use as undeliverable.  Please confirm your compliance with our requests in these letters by **August 23**; otherwise, AAA will take all steps necessary to protect its rights.

Sincerely,

**Rebecca Dalton**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5189 | rdalton@cov.com
www.cov.com

**COVINGTON**

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

--
AAA Logistics Inc.
40 Edwards Deming Dr, Ste 1
Rochester, NY 14606

(585)729-4578 Phone
(585)303-3378 Cell
(585)625-0314 Fax

MC 865908

# COVINGTON

BEIJING  BRUSSELS  DUBAI  JOHANNESBURG  LONDON
LOS ANGELES  NEW YORK  SAN FRANCISCO  SEOUL
SHANGHAI  SILICON VALLEY  WASHINGTON

Rebecca Dalton

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T  +1 202 662 5189
rdalton@cov.com

December 21, 2017

**BY E-MAIL AND CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Mr. Stepan Babchuk
1499 Providence Drive
Webster, NY 14580

Email: aaalogistics.ny@gmail.com; sbabchuk@att.net

Re:   **Unauthorized Use of AAA's Marks**

Dear Mr. Babchuk:

It has come to our attention that contrary to your claim that you have ceased use of the AAA Marks, you continue to display the AAA Marks on your company's trucks.

Such use is a blatant violation of AAA's rights, and this conduct is plainly in bad faith. For more than five months AAA has tried to reach an amicable solution to this matter with you and has been patient in seeking your compliance with the law.

Given your continued bad faith infringement of AAA's marks, going forward you must stay far away from the AAA Marks and choose an alternative name that does not incorporate the AAA mark.

At a minimum, you must take the following immediate actions:

1.   Permanently cease use of the AAA Logistics business name and mark as well as any use of any other name, mark, or logo confusingly similar to them, including any name, mark, or logo that incorporates a combination of multiple letter "A's";

2.   Destroy all materials displaying the AAA Logistics business name and mark and any other name, mark, or logo confusingly similar to the AAA Marks, including signs, advertisements, forms, Internet content, and stationery;

DC: 6594840-1

**COVINGTON**

December 21, 2017
Page 2

3.   Cancel all advertisements displaying the AAA Logistics business name and mark, whether on the Internet or elsewhere, including on Facebook and Google+;

4.   Amend the articles of incorporation for AAA Logistics to discontinue use of any name, mark, or logo confusingly similar to the AAA Marks, and file such amendments, as required, with the New York Department of State, Division of Corporations, State Records & UCC; and

5.   Provide evidence that you are taking steps to complete these actions as well as confirmation once these actions have been completed.

If we do not receive evidence that you are taking steps to comply with the above requests by **January 4, 2017**, AAA will take all steps necessary to protect its rights, including by filing a trademark infringement complaint in federal court.

Sincerely,

Rebecca Dalton

cc:   James G. Brehm, Esq.

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

5545

Rebecca Dalton
Covington & Burling LLP
850 Tenth Street, NW
Washington, DC  20001

USPS TRACKING#

9590 9402 2552 6306 2576 05

United States
Postal Service

## COMPLETE THIS SECTION ON DELIVERY

**A. Signature**

X _Matthew Barchuk_

☐ Agent
☐ Addressee

**B. Received by (Printed Name)**   **C. Date of Delivery**

_Matthew BARChuk_

**D. Is delivery address different from item 1?**   ☐ Yes
If YES, enter delivery address below:   ☐ No

**3. Service Type**
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

**Domestic Return Receipt**

---

## SENDER: COMPLETE THIS SECTION

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

Mr. Stepan Barchuk
1499 Providence Drive
Webster, NY 14580



9590 9402 2552 6306 2576 05

**2. Article Number (Transfer from service label)**

7016 3010 0001 1305 4950

PS Form **3811**, July 2015 PSN 7530-02-000-9053