

**Robert J. Fluskey, Jr.**
Partner
Direct Dial: 716.848.1688
rfluskey@hodgsonruss.com

March 6, 2019

**By ECF Filing**

Hon. Frank P. Geraci, Jr.
Chief United States District Judge
U.S. Courthouse, 100 State Street
Rochester, NY 14614

Dear Judge Geraci:

      Re:    The American Automobile Association, Inc. v. AAA Logistics, Inc.
                Index No. 18-CV-06040-FPG

      Hodgson Russ LLP represents the American Automobile Association, Inc. (the "AAA") in this action. The AAA respectfully requests a status conference to address its pending Motion for Default Judgment against Defendant AAA Logistics, Inc. (the "Defendant").

      The AAA filed this trademark infringement case on January 12, 2018. The Defendant did not respond to the AAA's Complaint. Accordingly, on February 23, 2018, the Clerk of the Court entered a default (Docket No. 5).

      On March 31, 2018, the AAA filed a Motion for Default Judgment under Federal Rule of Civil Procedure 55(b)(2) (Docket No. 6). The AAA served its motion on the Defendant, but the Defendant did not respond.

      Due to the Defendant's defaults, no Rule 16 conference or other status conferences have been scheduled in this case. The AAA respectfully requests a status conference to discuss this case and its pending motion.

                Respectfully yours,

                Rob Fluskey